UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* RYAN KEISER,<br><br>           Plaintiffs,<br><br>    v.<br><br>JAMES McHUGH CONSTRUCTION CO., *et al.*,<br><br>           Defendants. | No. 08 C 2443<br><br>Judge John J. Tharp, Jr. |

## ORDER

This cause coming to be heard on the State of Illinois' Motion for Entry of an Order to Disburse State Settlement Proceeds, pursuant to 740 ILCS 175/4(a) and (d)(1) of the Illinois False Claims Act, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

Pursuant to the terms of its Settlement Agreement in this matter, entered by and between the parties on April 30, 2014, the Court hereby orders the State of Illinois, through the Office of the Attorney General, to direct the Treasurer of the State of Illinois to make the following disbursements from the State Settlement Amount, equitably adjusted to include the interest received from McHugh in accordance with the Settlement Agreement:

A. $596,434.32 to the Illinois Department of Transportation for deposit into the Road Fund;

B. $1,622,301.37 to the Illinois State Toll Highway Authority; and

C. $167,001.61 to the Regional Transportation Agency.

ENTER:

*[signature: John J. Tharp, Jr.]*

Judge John J. Tharp, Jr.
United States District Court

This 21st Day of May, 2014