IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* RYAN KEISER, | ) ) ) | |
| Plaintiff-Relator, | ) ) | No. 08 cv 2443 |
| v. | ) ) | Hon. Sidney Schenkier |
| JAMES MCHUGH CONSTRUCTION, INC. *et al.*, | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## STIPULATION TO DISMISS

    It is hereby stipulated and agreed by and between the undersigned parties hereto, by their respective attorneys of record, that the Plaintiff's claims against the undersigned defendants have been settled pursuant to the Release and Settlement Agreement executed by the undersigned parties and, therefore, those claims should be dismissed without prejudice, and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

                                                                                                       Respectfully submitted,

                                                                              /s/ Roshna Bala Keen

| | |
|---|---|
| /s/ *John P. Cooney* | |
| John P. Cooney | Roshna Bala Keen |
| 1423 Centre Cir. | Loevy & Loevy |
| Downers Grove IL 60515 | 312 N. May Street |
| Attorney for Elizabeth Perino, | Chicago, IL 60607 |
| Accurate Steel Installers, Inc. and Perdel Contracting Corporation | Attorney for Plaintiff Ryan Keiser |

Date: August 6, 2015